**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Alfredo ALDANA–SANABRIA,
Defendant–Appellant.**

**No. 05–40668
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 2, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office,

Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

Mr. Aldana–Sanabria pleaded guilty to the charge of attempted illegal re-entry in violation of 8 U.S.C. § 1326 and was sentenced to 15 months of imprisonment, followed by three years of supervised relief. We previously affirmed his sentence. *United States v. Aldana–Sanabria,* 169 Fed.Appx. 197 (5th Cir.2006). The Supreme Court has vacated and remanded the case for reconsideration in light of *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006). *Gutierrez–Tovar et al. v. United States,* —— U.S. ——, 127 S.Ct. 828, 166 L.Ed.2d 662 (2006). Following the Supreme Court's remand, we requested and received supplemental letter briefs from both parties regarding the impact of *Lopez.*

Mr. Aldana has since completed his term of imprisonment and has been deported. His appeal is moot, according to binding circuit precedent. *United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir. 2007) ("Because the defendant has been deported ... and is legally unable, without permission of the Attorney General, to reenter the United States to be present for a resentencing proceeding as required by Rule 43, there is no relief we are able to

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5th Cir. R. 47.5.4.

grant him and his appeal is moot."). We therefore DISMISS the appeal as to the judgment of sentence. We AFFIRM the judgment of conviction; Mr. Aldana's arguments in that regard remain foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998).

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.